UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY OFISI, et al.,

     Plaintiffs,

     v.

AL SHAMAL ISLAMIC BANK, et al.,

     Defendants.

Civil Action No. 15-2010 (JDB)

## ORDER

Upon consideration of [ECF No. 96] plaintiffs' motion to dismiss with prejudice all claims against defendant Al Shamal Islamic Bank, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that plaintiffs' claims against Al Shamal Islamic Bank are hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2); and it is further

**ORDERED** that each party shall bear their own costs.

**SO ORDERED.**

                          /s/
                   JOHN D. BATES
             United States District Judge

Dated:  May 10, 2022